UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

  v.

CHRISTINE GREGOIRE, *et al.*,

    Defendants.

Case No. C05-5731RJB

ORDER EXTENDING TIME FOR RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4.

    Noted on the Court's docket for consideration on May 9, 2006, is Defendant Gregoire's motion for judgment on the pleadings. (Dkt. # 39). Plaintiff previously filed a motion for an extension of time, stating that he anticipated placing his response in the mail by May 9, 2006. The court granted that extension. (Dkt. # 47). Plaintiff now states that he is unable to meet that deadline because the law library computer crashed on May 6, 2006. Plaintiff asks for a two week extension until today, May 23, 2006. The court will grant the requested extension. There will be no further extensions of this motion.

ORDER - 1

1   Plaintiff's motion for extension of time (Dkt. # 48) is **GRANTED,** and the Clerk is instructed
2   to re-note Defendant Gregoire's motion for judgment on the pleadings (Dkt. # 39) for **May 23,**
3   **2006.**
4   The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

6   DATED this 23rd day of May, 2006.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 2