1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

MATTHEW G. SILVA,

9

Plaintiff,

10

v.

11

CHRISTINE GREGOIRE, *et al.*,

12

Defendants.

Case No. C05-5731 RJB/KLS

ORDER DENYING PLAINTIFF'S
MOTION TO SERVE DEFENDANT
GREGOIRE

13
14    This civil rights case has been referred to United States Magistrate Judge Karen L. Strombom

15    pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the court is plaintiff's motion to

16    serve Defendant Gregoire.  (Dkt. # 54).  On June 19, 2006, Judge Robert J. Bryan signed an order

17    granting defendants' motion for judgment on the pleadings dismissing Defendant Gregoire from this

18    lawsuit with prejudice.  (Dkt. # 52).  Therefore, Governor Gregoire is no longer a defendant in this

19    case.

20    Accordingly, plaintiff's motion to serve Governor Gregoire (Dkt. # 54) is **DENIED**.

21    DATED this 18th day of July, 2006.

22
23                                              Karen L. Strombom
                                                United States Magistrate Judge
24
25
26    ORDER - 1