DISTRICT JUDGE ROBERT J. BRYAN
MAGISTRATE JUDGE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTINE GREGOIRE, et al.,<br><br>  Defendants. | NO. C05-5731RJB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND JOINT STATUS REPORT DEADLINES |

Plaintiff and Defendants, having filed a Stipulated Motion to Continue Discovery, Dispositive Motion and Joint Status Report deadlines in this matter, and the Court being fully advised and having examined the records and files herein, does hereby find and ORDER:

1. Plaintiff and Defendants' Stipulated Motion to Continue Discovery, Dispositive Motion and Joint Status Report deadlines is GRANTED;

2. Discovery deadline is now October 27, 2006;

3. Dispositive motion deadline is now November 17, 2006;

3. Joint Status Report will be due on February 28, 2007; and

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DISCOVERY, DISPOSITIVE MOTION,
AND JOINT STATUS REPORT DEADLINES
(NO. C05-5731RJB)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1

2     4.    The Clerk is directed to send uncertified copies of this Order to Plaintiff and

3 to counsel for Defendants.

4     DATED 25th day of August, 2006.

5

6

7                                      Karen L. Strombom

8                                      United States Magistrate Judge

9

10 Submitted by:

11

12 ROB MCKENNA
Attorney General

13

14

/s/Sara J. Olson

15 SARA J. OLSON, WSBA #33003
Assistant Attorney General

16 Attorney for Defendant

17

18 Approved telephonically
/s/ MATTHEW SILVA

19 Plaintiff

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND JOINT STATUS REPORT DEADLINES (NO. C05-5731RJB)

2

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1

2  **CERTIFICATE OF SERVICE**

3  I hereby certify that on August 25, 2006, I caused to be electronically filed the foregoing

4  document with the Clerk of the Court using the CM/ECF system.  I certify that I mailed by

5  United States Postal Service the document to the following non CM/ECF participants:

6  MATTHEW G. SILVA #957176
FLORENCE CORRECTIONS CENTER
7  PO BOX 6900
FLORENCE AZ  85232
8
     I certify under penalty of perjury that the foregoing is true and correct.
9
     EXECUTED this 24th day of August, 2006, at Olympia, Washington.
10

11

12       /s/Cherrie Kollmer
     CHERRIE KOLLMER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND JOINT STATUS REPORT DEADLINES (NO.  C05-5731RJB)

3

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445