1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                             AT TACOMA

10    MATTHEW G. SILVA,

11              Plaintiff,                        Case No. C05-5731 RJB/KLS

12        v.                                      ORDER DENYING PLAINTIFF'S
                                                  MOTION FOR EXTENSION OF
13    CHRISTINE GREGOIRE, *et al.*,               TIME TO COMPLETE DISCOVERY

14              Defendants.

15          This civil rights action has been referred to United States Magistrate Judge Karen L.

16    Strombom pursuant to Title  28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4.   Before the Court is

17    Plaintiff's motion for extension of time to complete discovery.  (Dkt. # 77).   For the reasons stated

18    below, the Court finds that the motion should be denied.

19          The Court originally set the discovery deadline for August 25, 2006.  (Dkt. # 33).  The

20    parties agreed to extend the discovery deadline to October 27, 2006 (Dkt. # 63), "to permit

21    depositions to be taken and to finish exchanging discovery documents."  (Dkt. # 59).  The parties

22    advised the Court that the purpose of the extension was to allow scheduled depositions to take place

23    and to allow the parties to complete the exchange of documents.  (Id.).  Plaintiff took the depositions

24    of Defendants Porter, Wentland and Coppola.  (Dkt. # 80, Exh. 1).   The parties have had

25

26    ORDER - 1

1   approximately ten months to complete discovery.

2         Plaintiff provides no good faith reason for yet another extension of the discovery deadline.  In

3   the declaration attached to his motion, Plaintiff complains of the receipt of discovery which was

4   delayed by two weeks, discovery made the subject of a motion to compel which has been addressed

5   by the Court (Dkt. # 86), and the refusal of defense counsel to accept service of deposition

6   subpoenas for non-party witnesses.  Defendant also refers to testimony needed from proposed

7   defendants named in his proposed second amended complaint, although leave to amend the

8   complaint has now been denied.  Leave to amend was denied as Plaintiff failed to provide the Court

9   with a basis for adding seventeen additional defendants and seven new claims.  The Court found that

10  the proposed amendment would require reopening discovery, causing undue prejudice and delay.

11  (Dkt. # 85).  Plaintiff's action was filed almost one year ago and the parties have already engaged in

12  a substantial amount of discovery.  The discovery deadline, which was extended until October 27,

13  2006, is now long passed.

14        The parties have had ten months to complete discovery.  There is no good cause to grant yet

15  another extension of discovery in this case.  Accordingly, Plaintiff's motion (Dkt. # 77) is **DENIED**.

16        The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

17

18        DATED this  7th   day of December, 2006.

19

20

21

22                        Karen L. Strombom

23                        United States Magistrate Judge

24

25

26  ORDER - 2