UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

    v.

CHRISTINE GREGOIRE, *et al.*,

    Defendants.

Case No. C05-5731RJB/KLS

ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently before the Court is Plaintiff's motion to extend the time within which to respond to Defendants' motion for summary judgment. (Dkt. # 90). The motion for summary judgment (Dkt. # 87) is presently noted for December 15, 2006. For the reasons stated below, the Court finds that requested extension shall be granted.

**I. DISCUSSION**

Pursuant to a joint motion filed by the parties, the Court entered an Order setting the dispositive motions deadline for November 17, 2006. (Dkt. # 63). Defendants filed their motion for summary judgment November 17, 2006 with a noting date of December 15, 2006. (Dkt. # 87). Plaintiff's motion for extension of time was filed on December 21, 2006. (Dkt. # 90). Plaintiff's

ORDER - 1

request for an extension is therefore, untimely. However, Plaintiff states that he has been in segregation since November 14th with limited access to his legal files and the law library. The Court finds this is sufficient reason in this case to grant the additional two weeks requested by Plaintiff.

Accordingly, Plaintiff's motion for a two week extension of time to respond to Defendants' motion for summary judgment (Dkt. # 90) is **GRANTED.** Plaintiff's response shall be due no later than **February 2, 2007.** Defendants may file a reply no later than **February 8, 2007**. The Clerk is directed to re-note Defendants' motion for summary judgment on the Court's calendar for **February 9, 2007.** Plaintiff shall file no further papers in response to Defendants' motion other than the response noted above. The parties are reminded that briefs in opposition to a motion for summary judgment shall not exceed twenty-four pages and reply briefs shall not exceed twelve pages.

The Court also notes that Plaintiff has filed a letter to Judge Bryan (Dkt. # 92), which was not served on Defendants. Plaintiff is advised that this letter has been filed, but the Court will take no action with regard to it, as the letter was not properly filed as a motion and served on Defendants as required by the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  18th   day of January, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2