```
       FILED       LODGED
                RECEIVED
       APR 03 2007
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                      DEPUTY
```

05-CV-05731-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

  Plaintiff,

  v.

CHRISTINE GREGOIRE, *et al.*,

  Defendants.

Case No. C05-5731 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE JOINT STATUS REPORT FILING DATE

  This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR3 and MJR4. Before the court is Defendants' motion to continue the parties current joint status report filing date of February 28, 2007. (Dkt. # 108). Also pending before the court are Defendants' motion for summary judgment (Dkt. # 87), Plaintiff's motion for reconsideration (Dkt. # 99), motion for temporary restraining order ((Dkt. # 104) and motion to recuse the Attorney General's Office (Dkt. # 101). Defendants ask to continue the date for filing the Joint Status Report until April 13, 2007 to allow the court time to rule on the pending motions. In addition, this matter was stayed pending consideration of the Plaintiff's request to recuse the undersigned. (Dkt. 102, 111, 112).

  Accordingly, it is **ORDERED**:

  1. Defendants' Motion to Continue Filing Date of Joint Status Report (Dkt. # 108) is **GRANTED**;

ORDER
Page - 1

2.     The Joint Status Report shall be filed on or before April 13, 2007; and

3.     The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this 27th day of March, 2007.

                                                                 Karen L. Strombom
                                                                  United States Magistrate Judge